1 | BARRY J. PORTMAN
Federal Public Defender
2 | CYNTHIA C. LIE
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 | Telephone:  (408) 291-7753

5 | Counsel for Defendant SANTOS-GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00371 JW |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING HEARING |
| vs. ) | |
| ) | |
| HUMBERTO SANTOS-GONZALES, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**STIPULATION**

The parties, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Monday, October 5, 2009 may be continued to Monday, October 26, 2009 at 1:30 p.m.  The reason for the requested continuance is to permit the parties to finalize their settlement discussions and to permit Mr. Santos-Gonzales to consult further with defense counsel.

The parties further stipulate and agree that 21 days may be excluded from the time within which trial shall commence, as reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Stipulation and [Proposed] Order Continuing
Hearing, CR 08-00371 JW                                        1

1   Dated: September 28, 2009

2
                                                s/_____
3                                               CYNTHIA C. LIE
                                                Assistant Federal Public Defender
4
    Dated: October 1, 2009
5
                                                s/_____
6                                               GRANT P. FONDO
                                                Assistant United States Attorney
7

8                           **[PROPOSED] ORDER**

9       Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

10  hearing of Monday, October 5, 2009 shall be continued to Monday, October 26, 2009 at 1:30

11  p.m.

12      The Court further finds, based on the aforementioned reasons, that the ends of justice

13  served by granting the requested continuance outweigh the interest of the public and the

14  defendant in a speedy trial, in that the failure to grant the requested continuance would deny

15  defense counsel reasonable time necessary for effective preparation, taking into account the

16  exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore

17  concludes that 21 days should be excluded from the time within which trial shall commence

18  under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

19      It is so ordered.

20

21  Dated: October _2_, 2009

22                                              _____
                                                JAMES WARE
23                                              United States District Judge

24

25

26

Stipulation and [Proposed] Order Continuing
Hearing, CR 08-00371 JW                         2